OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Cobb, Appellant.
[Cite as State v. Cobb (1994),    Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
(No. 93-899 -- Submitted May 24, 1994 -- Decided July 13, 1994.)
Appeal from the Court of Appeals for Cuyahoga County, No. 61676.

Stephanie Tubbs Jones, Cuyahoga County Prosecuting Attorney, and Karen L. Johnson, Assistant Prosecuting Attorney, for appellee.
Gold, Rotatori, Schwartz & Gibbons Co., L.P.A., and John S. Pyle, for appellant.

The cause is dismissed, sua sponte, as having been improvidently allowed.
The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties inter se.
Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Wright, J., dissents.
Wright, J., dissenting. We have already excluded teachers from being authority figures and there was no force or threat of force here. Therefore, I would reverse the judgment of the court of appeals.